# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CR16-833-CAS |
| Date | May 3, 2017 |
| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE |
| Interpreter | N/A |

| Catherine M. Jeang | Not Present | Jake Nare, Not Present<br>Chelsea Norell, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) CESAR ALEJANDRO CASTILLO FLORES | NOT | X | | 1) PEDRO CASTILLO, DFPD | NOT | X | |
| 2) MANUEL ALEC MORENO | NOT | X | | 2) YOLANDA BARRERA | NOT | X | |

**Proceedings:** (IN CHAMBERS) - REAL PARTY IN INTEREST LOS ANGELES COUNTY SHERIFF'S DEPARTMENT'S MOTION TO QUASH THE DEFENDANTS' SUBPOENA FOR PEACE OFFICER PERSONNEL RECORDS OF JEFFREY HOSLET; IN THE ALTERNATIVE, REQUEST FOR IN CAMERA REVIEW AND PROTECTIVE ORDER (Filed 05/02/17)

REAL PARTY IN INTEREST LOS ANGELES COUNTY SHERIFF'S DEPARTMENT'S MOTION TO QUASH THE DEFENDANTS' SUBPOENA FOR PEACE OFFICER PERSONNEL RECORDS OF JAMES PETERSON; IN THE ALTERNATIVE, REQUEST FOR IN CAMERA REVIEW AND PROTECTIVE ORDER (Filed 05/02/17)

The Court is in receipt of the above-referenced motions, both noticed for hearing on May 3, 2017, at 1:30 P.M. The Court vacates the May 3, 2017 motions hearing.

The Court orders the Los Angeles County Sheriff's Department to produce the records *in camera* to the Court on or before noon, on May 4, 2017.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | CMJ | |

cc: Henry Nelson, Esq.
Amber Logan, Esq.
Equitable Plaza, Suite 2800
3435 Wilshire Boulevard
Los Angeles, CA 90010-2014